## United States District Court for the Northern District of Illinois

**08 C 50179**

Case Number: _____　　　Assigned/IssuedBy: _P6_

FILED
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### FEE INFORMATION

**Amount Due:**　[X] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____

*(For use by Fiscal Department Only)*
0752000000 000 3033322

Amount Paid: _350.00_　　　　Receipt #: _____
Date Paid: _8/19/08_　　　　Fiscal Clerk: _P6_

### ISSUANCES

**Type Of Issuance:**
[X] Summons　　　　　　　　　　[ ] Alias Summons
[ ] Third Party Summons　　　　　[ ] Lis Pendens
[ ] Non Wage Garnishment Summons
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____
　　　　(Type of Writ)

Original and _0_ copies on _8/19/08_ as to _Defendant_
　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\fecinfo.frm　01/01